In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00437-CR


____________________



EX PARTE LEOTIS NAKEITH WARREN






On Appeal from the 435th District Court


Montgomery County, Texas


Trial Cause No. 09-09-08512 CV






 MEMORANDUM OPINION


 Leotis Nakeith Warren has filed a motion to dismiss his appeal. See Tex. R. App. P.
42.2. We have received a request to dismiss the appeal that is signed by appellant personally
and joined by counsel of record. No opinion has issued in this appeal. The motion is
granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 


 ______________________________

 HOLLIS HORTON

 Justice

 

Opinion Delivered November 25, 2009

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.